■ MARINE MIDLAND BANK, N. A., Respondent, v RAMLEH ENTERPRISES, INC., et al., Appellants, et al., Defendants. [610 NYS2d 840] —In an action to foreclose a mortgage on real property, the defendants Ramleh Enterprises, Inc., Jad M.

Barghout, and E. Lynn Barghout appeal from a judgment of the Supreme Court, Westchester County (Gurahian, J.), entered February 10, 1992, which, *inter alia,* directed the sale of the subject real property at public auction.

Ordered that the judgment is affirmed, without costs or disbursements *(see, Marine Midland Bank v Ramleh Enters.,* 202 AD2d 403). Sullivan, J. P., Joy, Friedmann and Goldstein, JJ., concur.